AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No.
)
6605 Marion Agosta Rd., Lot #188, Marion, OH 43302 ) 3:13 MJ 5037
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the  Northern  District of  Ohio
*(identify the person or describe the property to be searched and give its location)*:
The residential dwelling located at 6605 Marion Agosta Rd., Lot #188, Marion, OH 43302 and futher described in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before  May 24, 2013
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

_____
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  May 10, 2013 at 1:31 pm     [signature]
                                                   Judge's signature

City and state:  Cleveland, Ohio     James R. Knepp, II US Magistrate Judge
                                     Printed name and title

3:13 MJ 5037

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 3:13 MJ 5037 | Date and time warrant executed: 5/15/13 06:10am | Copy of warrant and inventory left with: On Table |
|---|---|---|

Inventory made in the presence of:
N/A no Person Present

Inventory of the property taken and name of any person(s) seized:

| | | |
|---|---|---|
| Line Item 1: Misc. Documents and ID card | Line Item 17: Utility Disconnect Notice | Line Item 33: U.S. Currency |
| Line Item 2: Misc. Documents | Line Item 18: Misc. Docs Found in Safe | |
| Line Item 3: Misc. Identification Documents | Line Item 19: Iowa License Tags 817YEN | |
| Line Item 4: Misc. Documents and ID | Line Item 20: Misc. Documents | |
| Line Item 5: Misc. Documents | Line Item 21: Zipper Pouch | |
| Line Item 6: Misc. Documents and ID | Line Item 22: Misc. Documents | |
| Line Item 7: Misc. Documents | Line Item 23: Samsung Cell Phone and Battery | |
| Line Item 8: Misc. Documents | Line Item 24: Samsung Cell Phone | |
| Line Item 9: Ohio License Tags ESC6100 | Line Item 25: Motorola Cell Phone | |
| Line Item 10: Misc. Docs and Vehicle Titles | Line Item 26: Samsung Cell Phone and Battery | |
| Line Item 11: Spiral Notebook and Misc. Docs | Line Item 27: Cell Phones (3) | |
| Line Item 12: Misc. Documents | Line Item 28: Samsung Cell Phone | |
| Line Item 13: Misc. Docs and Receipt Book | Line Item 29: Motorola Cell Phone | |
| Line Item 14: Misc. Docs/ID Card/Credit Card | Line Item 30: Misc. Keys | |
| Line Item 15: Misc. Docs found on Spike | Line Item 31: Misc. Documents | |
| Line Item 16: Phone Card found on Wall | Line Item 32: Misc. Documents | |

*On original inventory left at residence, Line Items 21 and 31 were the same item. Item 21 was not modified. Line 31 was amended and all subsequent numbers reordered. Amended inventory sent to residence.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/20/13

_____
Executing officer's signature

Kristin Berggren, Special Agent
Printed name and title